

IN THE
TENTH COURT OF APPEALS

No. 10-13-00141-CV

IN RE CARLA ARISANO AND BROCK BRINKMAN

Original Proceeding

# MEMORANDUM OPINION

The petition for writ of mandamus is denied. Tex. R. App. P. 52.8(d).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition Denied
Opinion delivered and filed July 18, 2013
[OT06]